

FILED
SEP - 2 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

LARRY E. NEWBERRY

_(Enter above the full name of the plaintiff or plaintiffs in this action)._

_(Inmate Reg. # of each Plaintiff)_

**VERSUS**

**CIVIL ACTION NO.** 3:25-CV-531
_(Number to be assigned by Court)_

Officer #1 Stevens

Officer #2 McClure

Magistrate Judge Laikart

Putnam County Sherriff Dept.

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I.   **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          Yes _____    No __✓__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: _None_

    Defendants: _____

2.  Court (if federal court, name the district; if state court, name the county);
    _None_

3.  Docket Number: _____

4.  Name of judge to whom case was assigned:

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
    _None_

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition: _____

II. **Place of Present Confinement:** _____

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓        No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____        No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: _No Steps to Be taken due to didnt happen Here_

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: _Larry E. Newberry_

       Address: _One O'Hanlon Place Barboursville WV 25504_

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Officer #1 Stevens

is employed as: Deputy Putnum County

at Shoriff Dept.

D. Additional defendants: Officer #2 McGuire

Deputy Putnum County

Sheriff Dept.

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Officer Stevens patrol car 0116 arrested me at my home 219 Circle Way Scott Depot WV 25526, upon Backing out of Drive way she flipped car on it side in Ditch, she called officer #2 Back to get me out of car about Half Hour later came Back to assist pulling me out of car, on Doing so my foot & Shoulder

4

## IV. Statement of Claim (continued):

Was injured during accident, when I requested Medical Attention, I was Refused twice once by by both officers, and other by officer #2 in front of magistrate while I was on phone with my Daughter Megan Newberry on 6/22/2025

## V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Financial Relief from Pain and Suffering and any other medical injuries, Due to the fact that I was charged in that County I have a Grand Indictment coming up, which I'm being Held at 150,000 cash only by that magistrate, I feel that this should be held outside of County due to the fact I'm Suing officers & County, Don't think I'll get fair Trial

5

**V.     Relief (continued)):**

_____
_____
_____
_____
_____

**VII.    Counsel**

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        *None*

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

    If not, state your reasons: *Have not been able to get anyone one to being incarcerated*

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this _29th_ day of _August_, 20_25_.

_____
_____
_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _8-29-2025_.
               (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7