**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

LARRY E. NEWBERRY,

Plaintiff,

v. CIVIL ACTION NO. 3:25-0531

OFFICER #1 STEVENS,
OFFICER #2 MCCLURE,
MAGISTRATE JUDGE SARAH WEAVER
PUTNAM COUNT SHERIFF DEPT.,

Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable James P. Mazzone, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that Plaintiff's claims Magistrate Sarah Weaver be dismissed, without prejudice, and that she be terminated as a Defendant in this action; Plaintiff's claims against the Putnam County Sheriff's Department be dismissed, without prejudice, and that it be terminated as a Defendant in this action; Plaintiff's claims arising from the alleged loss of his personal property be dismissed, without prejudice, for failure to state a claim upon which relief may be granted; and Plaintiff's request for an order transferring his pending state criminal proceedings outside Putnam County be denied. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and, consistent with the findings and recommendations, **ORDERS** that Plaintiff's claims Magistrate Sarah Weaver be **DISMISSED**, without prejudice, and that she be **TERMINATED** as a Defendant in this action; Plaintiff's claims against the Putnam County Sheriff's Department be **DISMISSED**, without prejudice, and that it be **TERMINATED** as a Defendant in this action; Plaintiff's claims arising from the alleged loss of his personal property be **DISMISSED**, without prejudice, for failure to state a claim upon which relief may be granted; and Plaintiff's request for an order transferring his pending state criminal proceedings outside Putnam County be **DENIED**.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: November 12, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE